

Sprint - CCCA
COENGJ0201 - Enterprise
333 Inverness Drive South
Englewood, CO 80112

June 3, 2015

FILED
2015 JUN -9 AM 9: 46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**<u>Via Regular Mail</u>**
Jeoffrey L. Burtch, Esq.
Chapter 7 Panel Trustee
P. O. Box 549
Wilmington, DE 19899

RE:   Debtor – Allied Digital Technologies Corporation
      Case No. – 00-04020
      Filed – 10/25/00     Chapter 7

Mr. Burtch:

This letter is in response to the enclosed Motion filed May 28, 2015, regarding unclaimed funds. The included exhibit indicates that Sprint PCS is due $58.63 via Proof of Claim number 808. Please forward the payment to the following address:

Sprint Corporation
Attn: Bankruptcy Dept.
PO Box 3326
Englewood, CO 80155-3326

Please feel free to contact me with any questions or to request additional information regarding this matter.

Sincerely,

Brian M. Bollig
Sprint Corporation
Legal Support Analyst
Desk Telephone:    303-721-2318
Facsimile:         800-914-3242
Electronic Mail:   bankruptcylegalsupport@sprint.com

Enclosures

Cc:   Clerk's Office
      824 Market Street, 3rd Floor
      Wilmington, DE 19801

IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ALLIED DIGITAL TECHNOLOGIES CORPORATION | CASE NO. 00-04020-KJC |
| Debtor(s) | Hearing Date: July 21, 2015 at 11:45 a.m.<br>Objection Deadline: June 18, 2015 at 4:00 p.m. |

**MOTION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT**

JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor's Chapter 11 case was filed on October 25, 2000.

2. The Debtor converted to a Chapter 7 case on June 17, 2002.

3. I was appointed Chapter 7 Bankruptcy Trustee on July 25, 2002.

4. The Creditor's disbursements indicated on the Attached Exhibit A were made and returned as undeliverable. The Trustee has exhausted every method of locating said creditors and has been unsuccessful in locating a successor to the funds indicated on Exhibit A.

5. Such a balance represents returned funds for which the Trustee requests permission to pay into the Court.

WHEREFORE, JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of $117,611.11, be paid to the Clerk for deposit to the Treasury.

/s/ Jeoffrey L. Burtch, Esquire
Jeoffrey L. Burtch, Esquire
Chapter 7 Panel Trustee
P. O. Box 549
Wilmington, DE 19899-0549
(302) 984-3800

Dated: May 28, 2015

Allied Digital Technologies Corporation
Bankr. Case No. 00-04020 KJC
Motion to Turnover Unclaimed Funds
Exhibit A

| Check No. | Creditor | POC No. | Check Amount |
|---|---|---|---|
| 21335 | Morris Industries Incorporated | 706 | 124.59 |
| 21339 | Viking Freight | 755 | 146.61 |
| 21342 | Markee d/b/a HJK Publications | 775 | 371.24 |
| 21343 | Michael Mahon | 777 | 135.31 |
| 21348 | Atlantic Fluid Power, Inc. | 791 | 126.79 |
| 21353 | ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| 21355 | Clone Masters/Milwaukee Sound | 821 | 45.67 |
| 21357 | Pittsburgh Coating & Supply | 823 | 67.94 |
| 21358 | Sir Speedy # 2006 | 829 | 110.37 |
| 21367 | On Video | 862 | 241.74 |
| 21369 | O. Evan Mcdonald | 874 | 102.59 |
| 21371 | Library Editions | 905 | 2,542.50 |
| 21374 | Na-Jacq Enterprise | 915 | 1,339.61 |
| 21376 | Todays Staffing, Inc. | 965 | 225.24 |
| 21391 | Regan Controls, Inc. | 1016 | 324.29 |
| 21393 | USL First Source Inc. | 1020 | 357.85 |
| 21395 | Gael Valentine | 1026 | 224.36 |
| 21399 | Chicago Milwaukee | 1034 | 28.91 |
| 21402 | Compu Trend LLC | 1037 | 220.64 |
| 21409 | Central Pallet Supply Co. | 1044 | 367.98 |
| 21423 | New Way Pallet Inc. | 1066 | 68.96 |
| 21424 | Kem Chemicals Corp. | 1067 | 441.31 |
| 21432 | Network Distributors | 1086 | 1,167.11 |
| 21434 | Nelson Montoya | 1088 | 754.20 |
| 21437 | CJP Mechanical Inc. | 1096 | 200.72 |
| 21438 | On Line Systems Ltd. | 1097 | 2,460.17 |
| 21444 | Metro Call | 1105 | 29.73 |
| 21446 | Verity Services Inc. | 1110 | 20.60 |
| 21450 | Bianca Melendez | 1114 | 332.46 |
| 21452 | MPO Inc. | 1116 | 8,875.62 |
| 21461 | Coates Screen, Inc. | 1135 | 8,718.86 |
| 21462 | His Masters Service | 1136 | 448.72 |
| 21464 | Arch Wireless | 1139 | 13.08 |
| 21471 | Vahram Gasparian | 1155 | 1,123.13 |
| 21472 | JBD Associates Inc. | 1157 | 1,111.66 |
| 21476 | Dynamex Inc. | 1163 | 15.26 |
| 21481 | Markee d/b/a HJK Publications | 1171 | 373.14 |
| 21482 | Markee Magazine | 1172 | 371.24 |
| 21486 | Vertis Inc. | 1176 | 248.87 |
| 21496 | G E Polymer Shapes | 1204 | 308.60 |
| 21503 | Toolex USA Inc. | 1215 | 14,980.06 |