**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ALLIED DIGITAL TECHNOLOGIES CORPORATION | CASE NO. 00-04020-KJC |
| Debtor(s) | RE: Docket No. 1591, 1592 |

**CERTIFICATION OF COUNSEL**

I, Jeoffrey L. Burtch, Esquire, hereby certify as follows:

1. On May 28, 2015, Jeoffrey L. Burtch, the Chapter 7 trustee (the "Trustee") for the above-captioned estate filed the *Chapter 7 Trustee's Motion to Pay Combined Unclaimed Check Into The Court* (the "Motion") [Docket No. 1591]. Pursuant to the Notice of Motion, any objections or responses were to be filed by June 18, 2015.

2. On June 9, 2015, Sprint PCS filed a response to the Motion. [Docket No. 1592]. No other objections or responses were filed.

3. Attached hereto is a revised form of Order, which has been modified to reflect a distribution in the amount of $58.63 to Sprint PCS.

WHEREFORE, the Trustee respectfully requests that the Court enter the revised form of Order attached hereto as Exhibit A.

Dated: June 22, 2015

*/s/ Jeoffrey L. Burtch*
Jeoffrey L. Burtch
Chapter 7 Panel Trustee
P.O. Box 549
Wilmington, DE 19899-0549