# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ALLIED DIGITAL TECHNOLOGIES CORPORATION | CASE NO. 00-04020-KJC |
| Debtor(s) | **RE: Docket No. 1591, 1592, __** |

## REVISED ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $117,552.48 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Ordered this _____ day of _____, 20_____.

Allied Digital Technologies Corporation
Bankr. Case No. 00-04020 KJC
Motion to Turnover Unclaimed Funds
Amended Exhibit A

| Check No. | Creditor | POC No. | Check Amount |
|---|---|---|---|
| 21113 | Tentronics, Inc. | 3 | $ 265.97 |
| 21131 | City of Bloomington | 42U | 220.53 |
| 21141 | Suffolk County Treasurer | 62 | 207.58 |
| 21147 | Comed Co. | 73 | 3,742.58 |
| 21152 | Skma, Inc. | 84 | 6,642.88 |
| 21153 | Citicorp Del-Lease Inc. d/b/a Citicorp Dealer Finance | 85 | 6,652.16 |
| 21181 | IBM Corporation | 167 | 480.92 |
| 21198 | Todays Staffing, Inc. | 210 | 142.96 |
| 21200 | E Media | 212 | 8,664.17 |
| 21203 | Airborne Freight Corp d/b/a Airborne Express | 215 | 159.29 |
| 21209 | Volunteer Industrial Products | 238 | 125.61 |
| 21211 | Digital Industries Ltd | 243 | 581.55 |
| 21212 | Regan Controls | 246 | 324.29 |
| 21228 | Equipment Depot of Dallas | 308 | 24.27 |
| 21237 | Interpool | 324 | 989.00 |
| 21247 | Short Run / Label Art | 348 | 74.09 |
| 21248 | Prisma Graphics | 349 | 4,844.07 |
| 21251 | Pierce Pkg | 353 | 617.45 |
| 21253 | Innovative Printer Solutions | 370 | 88.13 |
| 21262 | Teddy Schiff | 396 | 212.19 |
| 21266 | Liford Elec Supply & Lighting | 412 | 1,678.44 |
| 21275 | Quantronix | 444 | 601.56 |
| 21276 | Accutech a/k/a Accutech LLC | 446 | 79.73 |
| 21279 | Gelardi Design Sagoma | 455 | 451.17 |
| 21288 | Aseco | 505 | 161.58 |
| 21289 | Taylor Made Printing | 508 | 27.76 |
| 21290 | K & L Trucking | 510 | 217.85 |
| 21291 | David Scerbo | 511 | 334.66 |
| 21297 | Unaxis | 546 | 5,767.12 |
| 21298 | Diversified Contracting Inc. | 549 | 1,303.04 |
| 21309 | Concept Design Engineering | 586 | 337.79 |
| 21311 | Systek | 592 | 50.06 |
| 21319 | Digital Images | 646 | 378.70 |
| 21322 | Audio Duplication Plus | 654 | 54.12 |
| 21324 | Coates Screen, Inc. | 658 | 8,718.86 |
| 21325 | Network Distributors | 673 | 1,167.11 |
| 21328 | Odyssey Enterprises | 676 | 2,276.64 |
| 21329 | Arrow Transport Systems Inc. | 680 | 273.34 |
| 21332 | Robi-Systems Inc. | 699 | 283.43 |

Allied Digital Technologies Corporation
Bankr. Case No. 00-04020 KJC
Motion to Turnover Unclaimed Funds
Amended Exhibit A

| Check No. | Creditor | POC No. | Check Amount |
|---|---|---|---|
| 21335 | Morris Industries Incorporated | 706 | 124.59 |
| 21339 | Viking Freight | 755 | 146.61 |
| 21342 | Markee d/b/a HJK Publications | 775 | 371.24 |
| 21343 | Michael Mahon | 777 | 135.31 |
| 21348 | Atlantic Fluid Power, Inc. | 791 | 126.79 |
| 21355 | Clone Masters/Milwaukee Sound | 821 | 45.67 |
| 21357 | Pittsburgh Coating & Supply | 823 | 67.94 |
| 21358 | Sir Speedy # 2006 | 829 | 110.37 |
| 21367 | On Video | 862 | 241.74 |
| 21369 | O. Evan Mcdonald | 874 | 102.59 |
| 21371 | Library Editions | 905 | 2,542.50 |
| 21374 | Na-Jacq Enterprise | 915 | 1,339.61 |
| 21376 | Todays Staffing, Inc. | 965 | 225.24 |
| 21391 | Regan Controls, Inc. | 1016 | 324.29 |
| 21393 | USL First Source Inc. | 1020 | 357.85 |
| 21395 | Gael Valentine | 1026 | 224.36 |
| 21399 | Chicago Milwaukee | 1034 | 28.91 |
| 21402 | Compu Trend LLC | 1037 | 220.64 |
| 21409 | Central Pallet Supply Co. | 1044 | 367.98 |
| 21423 | New Way Pallet Inc. | 1066 | 68.96 |
| 21424 | Kem Chemicals Corp. | 1067 | 441.31 |
| 21432 | Network Distributors | 1086 | 1,167.11 |
| 21434 | Nelson Montoya | 1088 | 754.20 |
| 21437 | CJP Mechanical Inc. | 1096 | 200.72 |
| 21438 | On Line Systems Ltd. | 1097 | 2,460.17 |
| 21444 | Metro Call | 1105 | 29.73 |
| 21446 | Verity Services Inc. | 1110 | 20.60 |
| 21450 | Bianca Melendez | 1114 | 332.46 |
| 21452 | MPO Inc. | 1116 | 8,875.62 |
| 21461 | Coates Screen, Inc. | 1135 | 8,718.86 |
| 21462 | His Masters Service | 1136 | 448.72 |
| 21464 | Arch Wireless | 1139 | 13.08 |
| 21471 | Vahram Gasparian | 1155 | 1,123.13 |
| 21472 | JBD Associates Inc. | 1157 | 1,111.66 |
| 21476 | Dynamex Inc. | 1163 | 15.26 |
| 21481 | Markee d/b/a HJK Publications | 1171 | 373.14 |
| 21482 | Markee Magazine | 1172 | 371.24 |
| 21486 | Vertis Inc. | 1176 | 248.87 |
| 21496 | G E Polymer Shapes | 1204 | 308.60 |
| 21503 | Toolex USA Inc. | 1215 | 14,980.06 |
| 21507 | Graphic Production Inc. | 1231 | 712.41 |

Allied Digital Technologies Corporation
Bankr. Case No. 00-04020 KJC
Motion to Turnover Unclaimed Funds
Amended Exhibit A

| Check No. | Creditor | POC No. | Check Amount |
|---|---|---|---|
| 21533 | Advantage Air Express Inc. | 1049 | 2,117.48 |
| | | 969 | |
| 21534 | Ames Specialty Packaging | 1107 | 2,796.39 |
| | | 1182 | |
| 21536 | Barcode & Packaging Solutions | 756 | 173.99 |
| | | 757 | |
| 21537 | Bindery Parts, Inc. | 521 | 155.11 |
| | | 522 | |
| | | 523 | |
| 21540 | Citicorp Vendor Finance Inc. f/k/a | 52 | 1,875.69 |
| | Copelco Capital | 53 | |
| 21548 | Filam Plastics n/k/a Filam Nat'l Plastics | 640 | 128.23 |
| | Inc. | 1119 | |
| 21562 | Sachnowitz & Company | 80 | 1,202.80 |
| | | 51 | |
| | | $ | 117,552.48 |